US Bankruptcy Court

501 W Tenth St

Fort Worth TX 76102

**FILED**

JAN 2 0 2026

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

1/13/2026

To Whom it May Concern,

Please change the address you have on file for me concerning case #24-43753-elm7.

Sincerely,

Chris Stelly

**Old Address: 104 Meadow Wood Dr, Greenville SC 29615**

New Address: 537 E Airport Rd, Greer SC 29651