**FORM 1**
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No:   1

| | |
|---|---|
| Case No.: | 24-43753-ELM |
| Case Name: | HAYS, SCOTT |
| For the Period Ending: | 06/30/2026 |

| | |
|---|---|
| Trustee Name: | Behrooz P. Vida |
| Date Filed (f) or Converted (c): | 10/16/2024 (f) |
| §341(a) Meeting Date: | 11/13/2024 |
| Claims Bar Date: | 01/22/2026 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | 5509 109th St. Lubbock, TX , Lubbock County 79424 | $213,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Exempt asset. | | | | | |
| 2 | Home awarded to debtor's ex-spouse in divorce decree. Debtor no longer has an ownership interest in this home. Home is valued at $800,000.00 7413 La Cantera Dr   Fort Worth TX , Tarrant County 76108 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Not property of estate. | | | | | |
| 3 | 2023 Ford F-150 Plantinum Mileage: 28155 | $46,000.00 | $46,000.00 | | $0.00 | FA |
| **Asset Notes:** | Exempt asset. | | | | | |
| 4 | Dresser $100.00, bed $250.00, sitting furniture $100.00, household tools $500.00, safe $650.00 | $1,600.00 | $1,600.00 | | $0.00 | FA |
| **Asset Notes:** | Exempt asset. | | | | | |
| 5 | television $100.00, cell phone $150.00, computer equipment $100.00 | $350.00 | $350.00 | | $0.00 | FA |
| **Asset Notes:** | Exempt asset. | | | | | |
| 6 | Firearms See Attached. | $10,569.00 | $9,364.00 | | $0.00 | $10,569.00 |
| **Asset Notes:** | Exemptions claim is in dispute. | | | | | |
| 7 | clothing - 74 items shoes - 12 pairs | $820.00 | $820.00 | | $0.00 | FA |
| **Asset Notes:** | Exempt asset. | | | | | |
| 8 | dog/dog supplies | $25.00 | $25.00 | | $0.00 | FA |
| **Asset Notes:** | Exempt asset. | | | | | |
| 9 | Defender Outdoors Membership - Lifetime membership at a shooting range. Debtor is unsure if this is transferrable, but is listing this for disclosure purposes. | $10,000.00 | $10,000.00 | | $0.00 | $10,000.00 |
| **Asset Notes:** | Exemptions claim is in dispute. | | | | | |
| 10 | Cash | $4,900.00 | $4,900.00 | | $4,900.00 | FA |
| **Asset Notes:** | Property of estate. | | | | | |
| 11 | Checking account: Wells Fargo Checking Account | $1,096.53 | $1,096.53 | | $1,096.53 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   2

| Case No.: | 24-43753-ELM | Trustee Name: | Behrooz P. Vida |
|---|---|---|---|
| Case Name: | HAYS, SCOTT | Date Filed (f) or Converted (c): | 10/16/2024 (f) |
| For the Period Ending: | 06/30/2026 | §341(a) Meeting Date: | 11/13/2024 |
| | | Claims Bar Date: | 01/22/2026 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Asset Notes:**   Property of estate. | | | | | |
| **Ref. #** | | | | | |
| 12   IRA: Principal Roth IRA | $169,455.23 | $169,455.23 | | $0.00 | FA |
| **Asset Notes:**   Exempt asset. | | | | | |
| 13   IRA: Principal Traditional IRA | $69,073.31 | $69,073.31 | | $0.00 | FA |
| **Asset Notes:**   Exempt asset. | | | | | |
| 14   Principal Annuity | $684,858.02 | $0.00 | | $0.00 | FA |
| **Asset Notes:**   Exempt asset. | | | | | |
| 15   Hays NFA Trust - gun trust | $34,400.00 | $34,400.00 | | $0.00 | $34,400.00 |
| **Asset Notes:**   Exemptions claim is in dispute. | | | | | |
| 16   Principal Insurance Policy Scott Hays | $4,779.03 | $0.00 | | $0.00 | FA |
| **Asset Notes:**   Exempt assets. | | | | | |
| 17   Chris Stelly and Mailing and Fulfilling America, Inc. v. Scott Hays, Counterclaim filed by debtor. Claim is in excess of $1,000,000.00 | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:**   Property of estate.   Of inconsequential value to estate. | | | | | |
| 18   Health Equity HSA Account | $101,422.23 | $101,422.23 | | $0.00 | FA |
| **Asset Notes:**   Exempt asset. | | | | | |

|  | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | $1,352,348.35 | $448,506.30 | | $5,996.53 | **Gross Value of Remaining Assets**  $54,969.00 |

**Major Activities affecting case closing:**

| 06/12/2026 | Trustee still working on an avenue to liquidate firearms. |
|---|---|
| 04/17/2026 | Trustee still intends to see if any of the firearms be liquidated. |
| 02/27/2026 | Once Trustee has resolved the issue of non-exempt guns with the debtor, Trustee will proceed towards final report. |
| 01/02/2026 | Trustee's counsel's investigation did not result in discovering any assets which could be liquidated. |
| 11/03/2025 | Debtor has tendered funds towards non-exempt assets. |
| 10/13/2025 | Trustee made a demand for turnover of non-exempt assets. |
| 08/22/2025 | Order granting extension to object to exemptions was entered.  Trustee will no longer pursue objection to exemptions in view of investigation conducted by counsel for the estate. |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | |
|---|---|
| **Case No.:** | 24-43753-ELM |
| **Case Name:** | HAYS, SCOTT |
| **For the Period Ending:** | 06/30/2026 |

| | |
|---|---|
| **Trustee Name:** | Behrooz P. Vida |
| **Date Filed (f) or Converted (c):** | 10/16/2024 (f) |
| **§341(a) Meeting Date:** | 11/13/2024 |
| **Claims Bar Date:** | 01/22/2026 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 07/28/2025   Exemption status of assets in this case, are still unresolved. | | | | | |
| 05/16/2025   Trustee received a status report from counsel for the estate. | | | | | |
| 03/11/2025   Trustee received a status conference from the estate's counsel. | | | | | |

**Initial Projected Date Of Final Report (TFR):**   10/16/2026        **Current Projected Date Of Final Report (TFR):**   10/16/2026        /s/ BEHROOZ P. VIDA

BEHROOZ P. VIDA